# PD-1295&1296&1297-15

Appeal Nos: 06-15-00038CR    06-15-00039CR    06-15-00040CR

PDR Nos: 1295-15        1296-15        1297-15

30 days granted PC 11-24-15

Robert B. Daugherty, Petitioner

vs.

The State of Texas, Respondent

In The Texas Court of
Criminal Appeal
at Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS
NOV 20 2015
Abel Acosta, Clerk

Motion for Extension of Time

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 19 2015
Abel Acosta, Clerk

To The Honorable Court:

Comes Now, Robert Brice Daugherty, Petitioner, filing Pro Se, files this his Motion for Extension of time to file his Petition for Discretionary Review and shows the following in support:

Daugherty is incarcerated in the Texas Department of Criminal Justice, Wynn Unit. From October 6 to 18, 2015 the Wynn Unit was placed on institutional lock-down, during which all inmates are confined to their assigned cello. During that time Daugherty was unable to go to the unit commissory to obtain needed material (pen, paper, envelopes and stamps) and was not permitted to use the unit law library. On October 18, 2015 the Wynn Unit was released from the lock-down. Daugherty was able to make one law library visit to complete his research but was not permitted to make purchase from unit commassary to obtain needed writing material. On October 24, 2015 due to flooding and subsequent

-1-

damaged the transformer causing an electricity outage in the inmate housing and all inmates were again placed on institutional lock-down. The outage and lock-down continued until October 30, 2015, when the electricity was restored permanently and was returned to normal operation. On November 13, 2015 the rotation of inmate use of commissary allowed Daugherty to purchase needed material. Now he must transfer the petition (which was written in pencil and on scrap paper) on paper and in pen to be acceptable with the Court of Criminal Appeals. Daugherty must send the completed petition to a family member to make the required three copies. Daugherty acknowledges the Court of Criminal Appeals has stated No Further Extension Will Be Entertained but ask that this Court consider the delay is completely out of his controll and not as a result of his negligence.

### Prayer

The Petitioner prays this Court look favorably on his request and GRANT his _Motion for Extension of Time_ to file his Discretionary Review.

Respectfully submitted,

Robert Brice Daugherty

TDCJ-ID # 01982423

Wynn Unit

810 FM 2821

Huntsville, Texas 77349

-2-